### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES E. FAIR, | : |
| Plaintiff, | : |
| vs. | :    CA 20-0311-MU |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 24th day of January, 2022.

                                                            s/P. Bradley Murray
                                                    **UNITED STATES MAGISTRATE JUDGE**